# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**STEPHANIE STURGEON**, *et al.*                              **PLAINTIFFS**

v.                              **No. 3:18-cv-214-DPM**

**BRODIE FAUGHN**, *et al.*                              **DEFENDANTS**

## ORDER

Plaintiffs' motion, № 36, is granted. All claims against Freddie Smith are dismissed without prejudice. Plaintiffs also move to non-suite Wanda Pruitt. As best the Court can tell, though, she isn't a party. Insofar as she is, all claims against her are dismissed without prejudice. Plaintiffs' claims against the remaining council members in their individual capacities are dismissed without prejudice. Plaintiffs' official capacity claims against all the remaining council members will go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 March 2019