# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**WHITNEY TRACEY,** *et al.*                                             **PLAINTIFFS**

**V.**                 **CASE NO. 3:18-CV-214-BD**

**BRODIE FAUGHN,** *et al.*                                              **DEFENDANTS**

## **ORDER**

Relying on FED. R. CIV. P. 41(a), Plaintiffs' counsel has moved to voluntarily nonsuit Stephanie Sturgeon due to a continued inability to have any meaningful contact with his client. (Docket entry #57) For good cause shown, that request is GRANTED.

Ms. Sturgeon's claims against Defendants are DISMISSED, without prejudice. Further, the Clerk is directed to terminate Ms. Sturgeon as a party, substitute Whitney Tracey as the first-named Plaintiff in the style of the case, and correct the spelling of Ms. Tracey's name on the docket sheet.

IT IS SO ORDERED this 22nd day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE