# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DANA HARRISON,** *et al.*                                                      **PLAINTIFFS**

**V.**                  **CASE NO. 3:18-CV-214-BD**

**BRODIE FAUGHN,** *et al.*                                                     **DEFENDANTS**

## ORDER

Relying on FED. R. CIV. P. 41(a), Plaintiffs' counsel has moved to voluntarily nonsuit the claims of plaintiffs Whitney Tracey, Christina Duncan, Brad Caubble, and Leslie Lawson Thomas. (Doc. No. 76) For good cause shown, the motion is GRANTED.

Ms. Tracey, Ms. Duncan, Mr. Caubble, and Ms. Thomas's claims against Defendants are DISMISSED, without prejudice. Further, the Clerk is directed to terminate plaintiffs Tracey, Duncan, Caubble, and Thomas as parties and to substitute Dana Harrison as the first-named Plaintiff in the style of the case.

IT IS SO ORDERED this 4th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE