IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANA HARRISON, *et al.*　　　　　　　　　　　　　　　　　PLAINTIFFS

V.　　　　　　　　NO. 3:18-CV-00214-ERE

BRODIE FAUGHN, *et al.*　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Pending before the Court is Plaintiffs' motion for voluntary non-suit. *Doc. 145*. Plaintiffs request a dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Defendants responded stating that they have no objection to a voluntary dismissal, but they request that the dismissal be with prejudice or that Plaintiffs be required to pay duplicative costs if the case is refiled. *Doc. 146*.

The Court declines to dismiss Plaintiffs' remaining claims with prejudice. However, if the case is refiled, the Court may require any duplicative costs to be paid by the Plaintiffs who refile the action.

IT IS THEREFORE ORDERED that Plaintiff Dana Harrison, Shane Willard, and Alvin Miller's motion for voluntary non-suit, *Doc. 145*, is GRANTED. Their remaining claims are DISMISSED, without prejudice. In light of the pending trial, if any of the remaining claims are refiled, the Court may require any duplicative costs to be paid by the Plaintiffs who refile the action. See Fed. R. Civ. P. 41(d).

As all claims have now been resolved, the Court will enter Judgment separately.

Dated this 19th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE