IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA HARRISON,** *et al.*                                                                              **PLAINTIFFS**

V.                                        NO. 3:18-CV-00214-ERE

**BRODIE FAUGHN,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

IT IS HEREBY considered, ordered and adjudged that his action is dismissed in its entirety as follows:

(1)   Consistent with previous Orders (*Docs. 100, 128, 137),* the following claims are DISMISSED WITH PREJDUICE: (1) Plaintiff Dana Harrison's Fourth Amendment claims against Defendant Brodie Faughn; (2) Plaintiff Shane Willard's Fourth Amendment, unreasonable arrest and search claims against Defendant Brodie Faughn; (3) Plaintiffs Jessica Lemons', James O'Hara's, and Christa Hess's claims against Defendant Brodie Faughn; (4) all claims against Defendants Robert Stacy and Jeff Sanders; and (5) all official capacity claims and claims against the City of Wynne.

(2) Pursuant to the Order entered today (*Doc. 148*), the remaining claims of Plaintiffs Dana Harrison, Shane Willard, and Alvin Miller are DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close the case.

1

DATED this 19th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE